IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 05-CV-00768-PSF-MJW

CONNIE LANFORD,

    Plaintiff,

v.

MILE HIGH HARLEY DAVIDSON, LLC, a Colorado Limited Liability Company.

    Defendant.

_____

## MINUTE ORDER
_____

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the parties' Stipulated Motion for Entry of Protective Order Concerning Confidential Information pursuant to Fed. R. Civ. P. 26(c), docket number 13, filed with the Court on September 16, 2005, is GRANTED. The Stipulated Protective Order is approved as amended in paragraphs 6 and 13, and is made an order of the court.

Date:  September 20, 2005

00227294 / 1