IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 05-CV-00768-PSF-MJW

CONNIE LANFORD,

    Plaintiff,

v.

MILE HIGH HARLEY DAVIDSON, LLC, a Colorado Limited Liability Company.

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Settlement Conference (docket no. 15) is GRANTED. The Settlement Conference set on October 3, 2005, at 10:30 a.m. is vacated and RESET on November 2, 2005, at 3:00 p.m. Updated confidential settlement statements are due on or before October 28, 2005.

Date:  September 21, 2005